UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Petitioner,*<br><br>v.<br><br>THE CITY OF NEW YORK,<br><br>*Respondent.* | |

25 Misc. ___559___

DECLARATION OF GEORGE IOANNIDIS

Pursuant to 28 U.S.C. § 1746, I, George Ioannidis, hereby declare under penalty of perjury that the following is true and correct:

1.  I am employed as Assistant Special Agent in Charge ("ASAC") at the New York City Field Office of U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), within the U.S. Department of Homeland Security ("DHS"). I have served in this capacity since 2021. Prior to that, I served as Group Supervisor and Special Agent. As ASAC, I supervise law enforcement agents conducting investigations regarding immigration violations and approve/issue administrative subpoenas pursuant to relevant sections of law.

2.  I have prepared this declaration in connection with the Petition by the United States of America (the "Government") for Summary Enforcement of HSI Administrative Subpoena No. HSI-2026-001193-001. The following representations are based on my personal knowledge, review of the relevant documents, and consultation with my colleagues. This declaration does not set forth all of my knowledge relevant to this matter.

3.  ICE HSI is the largest investigative branch of DHS and is charged with the enforcement of more than 400 federal statutes. HSI employs Special Agents who, among other things, are immigration officers under 8 U.S.C. § 1357 and are charged with investigating

violations of federal immigration law, including criminal and civil investigations of individuals present unlawfully in the United States, those that smuggle and transport such individuals, and those that illegally facilitate the presence of such individuals in the United States.

4. On October 6, 2025, I served HSI Administrative Subpoena No. HSI-2026-001193-001 (the "Operative Subpoena") on counsel for the City of New York (the "City") in furtherance of an investigation into possible violations of Title 8 of the United States Code, including whether the City is presently housing male individuals in the shelter located at 825 East 141st Street, Bronx, NY (the "Facility"), who (1) are not citizens or nationals of the United States, and (2) retain criminal histories, irrespective of disposition, relative to the following violations of law in any U.S. jurisdiction: murder, manslaughter, rape, robbery, assault, grand larceny, burglary, or assault of a law enforcement officer. The Operative Subpoena requests "[r]ecords sufficient to identify the Full Name and Date of Birth of all males currently lodged or residing at 825 East 141st Street, Bronx, NY (the "Facility"), and all other records in the possession, custody, or control of the Facility that contain information that would assist in identifying the Full Name and Date of Birth of all males currently lodged or residing at the Facility." The Operative Subpoena was signed, and therefore issued, by my colleague, Assistant Special Agent in Charge Anthony Decrescenzo, who is an ICE HSI Special Agent in a supervisory position. A true and correct copy of the Operative Subpoena is attached as Exhibit A.

5. The information sought in the Operative Subpoena is relevant to a federal Title 8 investigation. The subpoenaed information will allow the Government to evaluate whether individuals who are present unlawfully in the United States, and who also retain criminal histories consistent with the description above, are being housed in the Facility, which may help to prove

violations of, among other things, Title 8, Sections 1324, 1325, and 1326. Furthermore, HSI is not already in possession of the information sought by the Operative Subpoena.

6. On October 10, 2025, the City, through counsel, objected to the Operative Subpoena. A true and correct copy of the City's objection is attached as Exhibit B.

7. As of today, the City has not complied with the Operative Subpoena.

8. HSI has been attempting to work with the City for more than three months regarding the Government's above-described investigation. On August 22, 2025, I served HSI Administrative Subpoena No. HSI-2025-078845-001 (the "Original Subpoena") on counsel for the City, in furtherance of the investigation. The Original Subpoena asked the City to provide "[t]he Full Name and Date of Birth of all males currently lodged or residing at [the Facility] who are not citizens or nationals of the United States and retain criminal histories, irrespective of disposition, relative to the following violations of law in any U.S. jurisdiction:

    a. Murder;

    b. Manslaughter;

    c. Rape;

    d. Robbery;

    e. Assault;

    f. Grand Larceny;

    g. Burglary;

    h. Assault of a Law Enforcement Officer"

9. On August 29, 2025, the City, through counsel, objected to the Original Subpoena, indicating that "[t]he City remains willing to respond to appropriate subpoenas and requests, as it has done in the past months, but cannot honor this Subpoena absent more."

10. After conferring with counsel for the City, on September 5, 2025, counsel for the Government sent correspondence to the City amending the Original Subpoena "to clarify and narrow" its scope. The amended request, as described in the September 5 correspondence, sought "the following records (including books, papers, electronic records, or other documents) in the City's possession, custody and control:

1. Records sufficient to identify the Full Name and Date of Birth of all males currently lodged or residing at [the Facility] who are not citizens or nationals of the United States.

2. Records sufficient to reflect the criminal histories, irrespective of disposition, of all males currently lodged or residing at [the Facility], regarding the following violations of law in any U.S. jurisdiction:

   a. Murder;

   b. Manslaughter;

   c. Rape;

   d. Robbery;

   e. Assault;

   f. Grand Larceny;

   g. Burglary;

   h. Assault of a Law Enforcement Officer

11. On September 19, 2025, the City, through counsel, again objected to this modification of the Original Subpoena, indicating that "[w]hile the City will cooperate with properly issued subpoenas and will honor judicially authorized legal process, the City is unable to comply with your present request."

12. As of today, the City has provided no information in response to the Original Subpoena, the Original Subpoena as amended on September 5, 2025, or the Operative Subpoena.

I hereby declare under the penalty of perjury that the above statements are true and correct.


Executed at New York, New York
this 8th day of December, 2025.

_____

George Ioannidis
Assistant Special Agent in Charge
U.S. Immigration and Customs Enforcement, Homeland
Security Investigations
U.S. Department of Homeland Security