UNITED STATES OF AMERICA,

    *Petitioner*,

 v.

THE CITY OF NEW YORK

    *Respondent*.

25 Misc. 559 (LAK)

### DECLARATION OF DOUGLAS R. JENSEN IN SUPPORT OF RESPONDENT THE CITY OF NEW YORK'S OPPOSITION TO PETITIONER UNITED STATES OF AMERICA'S PETITION FOR SUMMARY ENFORCEMENT OF HSI ADMINISTRATIVE SUBPOENA NO. HSI-2026-001193-001

DOUGLAS R. JENSEN declares that the following is true and correct under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to the bar of this Court and a partner at Sher Tremonte LLP, counsel for The City of New York (the "City"), respondent in the above-captioned matter. I submit this declaration in support of the City's Opposition to the United States of America's Petition for Summary Enforcement of HSI Administrative Subpoena No. HSI-2026-001193-001 (the "Petition").

2. Attached hereto as **Exhibit 1** are true and correct copies of

3. Attached hereto as **Exhibit 2** is a true and correct copy of a transcript of the March 13, 2025 hearing regarding ███████████████████████████████████ ███████████████████████████████

4. Attached hereto as **Exhibit 3** are true and correct copies of ███████ ███████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████

5. Attached hereto as **Exhibit 4** is a true and correct copy of the City's Motion to Quash ███████████████████████████████████████████ █████████████████████████████████████████████████

6. Attached hereto as **Exhibit 5** is a true and correct copy of a transcript of the March 14, 2025 hearing in ████████████████████████████████████████ ███████████████

7. Attached hereto as **Exhibit 6** is a true and correct copy of a letter from Scott Laragy and Paul Hayden, Senior Counsel of the United States Department of Justice, and Perry A. Carbone, Assistant United States Attorney of the Southern District of New York, to the Court, dated March 17, 2025.

8. On June 3, 2025, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI") issued an administrative subpoena to the City seeking extensive records concerning seventy-nine named individuals whom HSI "believed to be subject to final orders of removal, have open warrants, or have been convicted of criminal offenses since unlawfully entering the United States."

9. The City negotiated a narrower subset of information to provide in connection with the individuals listed on the subpoena. Providing the information sought involved a significant amount of work that required over two months to complete.

10. Attached hereto as **Exhibit 7** is a true and correct copy of a letter from Ricky J. Patel, Special Agent in Charge of the New York ICE HSI office, to counsel for the City, dated August 6, 2025 and enclosing an administrative subpoena, transmitted via email.

11. Attached hereto as **Exhibit 8** is a true and correct copy of a letter from counsel for the City to Ricky J. Patel, dated August 11, 2025, and transmitted via email.

12. Attached hereto as **Exhibit 9** is a true and correct copy of an email from George Ioannidis, Assistant Special Agent in Charge of the New York ICE HSI office, to counsel for the City, dated August 22, 2025, and the attached Immigration Enforcement Subpoena, dated August 22, 2025, issued by the Department of Homeland Security to The City of New York.

13. Attached hereto as **Exhibit 10** is a true and correct copy of a letter from counsel for the City to George Ioannidis, dated August 29, 2025, and transmitted via email.

14. Attached hereto as **Exhibit 11** is a true and correct copy of a letter from Jeffrey Oestericher, Assistant United States Attorney for the Southern District of New York, to counsel for the City, dated September 5, 2025, and transmitted via email.

15. Attached hereto as **Exhibit 12** is a true and correct copy of a letter from counsel for the City to Jeffrey Oestericher, dated September 19, 2025, and transmitted via email.

16. Attached hereto as **Exhibit 13** is a true and correct copy of an Immigration Enforcement Subpoena, dated October 6, 2025, issued by the Department of Homeland Security to The City of New York.

17. Attached hereto as **Exhibit 14** is a true and correct copy of a letter from counsel for the City to George Ioannidis, dated October 10, 2025, and transmitted via email.

Dated: New York, New York
January 2, 2026

  /s/ Douglas R. Jensen  
Douglas R. Jensen