# EXHIBIT 7



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
245 West Houston Street
New York, New York 10014

[UNCLASSIFIED // FOR OFFICIAL USE ONLY]

August 6, 2025

**SENT VIA E-MAIL**

Douglas R. Jensen, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004

Re: Immigration Enforcement Subpoena to
the City of New York dated August 6, 2025

Dear Counsel,

Attached hereto please find an Immigration Enforcement Subpoena (pursuant to Title 8 United States Code § 1225(d)(4)) for your client, the City of New York (CNY), requesting information concerning the current male non-United States citizen/national residents of the CNY operated shelters located at 825 East 141st Street, Bronx, NY, and 700 8th Avenue, New York, NY (collectively, the "Shelters").

We have received law enforcement reporting indicating that individuals housed at the Shelters have engaged in criminal behavior. We also believe that individuals at the Shelters are residing there despite having been ordered removed from the United States.

Based upon your client's responses to previously served process, this Office understands the herewith requested information to be within CNY's custody/control and easily accessible. Should your client choose to not comply with this subpoena or take any action regarding the male non-United States citizen/nationals housed at the Shelters that could stifle or delay our investigation, please notify us promptly.

Please be advised that it is unlawful to evade or obstruct the enforcement of federal immigration laws. Furthermore, pursuant to Title 8 U.S.C. § 1324 (a)(1)(A)(iii), (v)(I), (II) it is a crime, including to conspire to, or aid and abet another, to knowingly or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conceal, harbor, or shield from detection, or attempt to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation.

The points of contact for this matter are Assistant Special Agent in Charge (ASAC) George Ioannidis (george.ioannidis@ice.dhs.gov) and ASAC Anthony DeCrescenzo (anthony.decrescenzo@ice.dhs.gov).



[UNCLASSIFIED // FOR OFFICIAL USE ONLY]

**HOMELAND SECURITY INVESTIGATIONS**
*Office of the Special Agent in Charge, New York*
*Page 2*

---

Sincerely,



RICKY J PATEL
Digitally signed by RICKY J PATEL
DN: cn=RICKY J PATEL, o=U.S. Government, ou=People, email=Ricky.J.Patel@hsi.dhs.gov, c=US
Date: 2025-08-06T19:35:38-0400

Ricky J. Patel
Special Agent in Charge

CC:

Alison Moe, Esq.
Claire Blumenthal Buck, Esq.
Benjamin J. Shack Sackler, Esq.

---

| 1. To (Name, Address, City, State, Zip Code)<br>The City of New York<br>New York City Law Department<br>350 Jay Street Suite 9<br>Brooklyn 11201<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

Summons Number: HSI-NY-2025-075283-001

**2.** In Reference To

| Federal Immigration Law | |
|---|---|
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| (B) | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | George Ioannidis<br>Assistant Special Agent in Charge<br>245 W Houston St.<br>New York, NY 10014<br>United States | Telephone<br><br>(347) 254-3679<br>Fax | 8/11/2025 8:00 AM |

4. Records required to be produced for inspection

Please see attached continuation page.

| | 5. Authorized Official |
|---|---|
| If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3. | *Chadlr'm*<br><br>(Signature)<br><br>Anthony Decrescenzo<br><br>(Printed Name)<br><br>Assistant Special Agent in Charge<br><br>(Title)<br><br>8/6/2025 5:08 PM EST<br><br>(Date) |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
2025.08.06 17:08:46...00

**U.S. Immigration
and Customs
Enforcement**

DHS Form I-138 (6/09) - Page 2 of 5

U.S. Immigration
and Customs
Enforcement

| 1. To (Name, Address, City, State, Zip Code)<br>The City of New York<br>New York City Law Department<br>350 Jay Street Suite 9<br>Brooklyn 11201<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT**<br>**SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

Summons Number: HSI-NY-2025-075283-001

3.  Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Please see further attached Rider.

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Assistant Special Agent in Charge George Ioannidis at George.Ioannidis@ice.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Assistant Special Agent in Charge George Ioannidis at U.S. Immigration and Customs Enforcement: 245 W Houston St. , New York, NY, 10014

If you have questions, please contact Assistant Special Agent in Charge George Ioannidis at (347) 254-3679.



**U.S. Immigration
and Customs
Enforcement**

DHS Form I-138 (6/09) - Page 4 of 5

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**



## **RIDER**

Pursuant to the attached subpoena you are hereby directed to produce the following information in your possession, custody, or control or in the custody and control of any City of New York program/department, including but not limited to CARES, the Department of Homeless Services, NYC Health & Hospitals, NYC Human Resources Administration, the Mayor's Office of Immigrant Affairs, Safety Net Assistance, the Migrant Relocation Assistance Program, or any Humanitarian Emergency Response and Relief Center derivative actions or process:

1. The Full Name and Date of Birth of all males currently lodged or residing at 825 East 141st Street, Bronx, NY that are not citizens or nationals of the United States.
2. The Full Name and Date of Birth of all males currently lodged or residing at 700 8th Avenue, New York, NY that are not citizens or nationals of the United States.