UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

*Petitioner*,

v.

THE CITY OF NEW YORK

*Respondent*.

25 Misc. 559 (JAV)

**DECLARATION OF SHERYL NEUFELD IN SUPPORT OF RESPONDENT THE CITY OF NEW YORK'S OPPOSITION TO PETITIONER UNITED STATES OF AMERICA'S PETITION FOR SUMMARY ENFORCEMENT OF HSI ADMINISTRATIVE SUBPOENA NO. HSI-2026-001193-001**

SHERYL NEUFELD declares that the following is true and correct under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am the First Assistant Corporation Counsel at the New York City (the "City") Law Department. I submit this declaration in support of the City's Opposition to the United States of America's Petition for Summary Enforcement of HSI Administrative Subpoena No. HSI-2026-001193-001. Based upon records maintained by the City, I declare as follows:

2. [redacted]

3. Citywide, as of that same date of March 1, 2025, over 100,200 people resided in City shelters.

4. As of December 22, 2025, approximately 1,921 people resided at the Bruckner shelter located at 825 East 141st Street, Bronx, NY, all of whom are single adult males.

Dated: New York, New York
December 24, 2025

Sheryl Neufeld