

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

January 7, 2026

***BY ECF***
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: *United States of America v. City of New York*,
        25 Misc. 559 (LAK)

Dear Judge Kaplan:

   This Office represents Petitioner the United States of America in this matter regarding the enforcement of an administrative subpoena.  We write respectfully, with the consent of Respondent the City of New York, to request a three-week extension of Petitioner's deadline to file a reply brief in further support of the petition, from January 9, 2026, to January 30, 2026.  This is Petitioner's first request for an extension of this deadline.  We make this request because we require additional time to consult with our agency client regarding the points raised in Respondent's opposition brief and to prepare a reply brief.  As mentioned, we have conferred with counsel for the City, who have courteously consented to the request. In accordance with the Court's individual practices regarding an extension request made on consent, an agreed stipulation is attached hereto.

   We thank the Court for its consideration of this letter.

Respectfully,

JAY CLAYTON
United States Attorney

By:     */s/ Rebecca S. Tinio*
     REBECCA S. TINIO
     Assistant U.S. Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Tel.    (212) 637-2774

cc: All counsel (via ECF and electronic mail)