

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

86 Chambers Street, 3rd floor
New York, New York 10007

January 7, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2026

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States of America v. City of New York*,
            25 Misc. 559 (LAK)

Dear Judge Kaplan:

      This Office represents Petitioner the United States of America in this matter regarding the enforcement of an administrative subpoena. We write respectfully, with the consent of Respondent the City of New York, to request a three-week extension of Petitioner's deadline to file a reply brief in further support of the petition, from January 9, 2026, to January 30, 2026. This is Petitioner's first request for an extension of this deadline. We make this request because we require additional time to consult with our agency client regarding the points raised in Respondent's opposition brief and to prepare a reply brief. As mentioned, we have conferred with counsel for the City, who have courteously consented to the request. In accordance with the Court's individual practices regarding an extension request made on consent, an agreed stipulation is attached hereto.

      We thank the Court for its consideration of this letter.

Granted
nunc pro tunc

/s/ LAK
1/12/26

Hon. Lewis A. Kaplan
Page 2

                Respectfully,

                JAY CLAYTON
                United States Attorney

By:     */s/ Rebecca S. Tinio*
                REBECCA S. TINIO
                Assistant U.S. Attorney
                86 Chambers Street, 3rd Floor
                New York, New York 10007
                Tel.   (212) 637-2774

cc: All counsel (via ECF and electronic mail)