UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2026

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                Petitioner,

      vs.                                     25-mc-559 (LAK)

THE CITY OF NEW YORK,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court will hear oral argument on the petition to compel on February 24, 2026, at 2:15 p.m. in Courtroom 26B.

        SO ORDERED.

Dated:      February 17, 2026

                                          Lewis A. Kaplan
                                United States District Judge