# SHER TREMONTE LLP

February 19, 2026

**BY ECF**

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re: *United States v. The City of New York*,
       25 Misc. 559 (LAK)

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2026

Dear Judge Kaplan:

  I represent The City of New York, the Respondent in the above-referenced matter. The Court recently scheduled oral argument on the government's Petition for February 24, 2026. ECF No. 33. I teach a law school class that meets during that time, and therefore must respectfully request an adjournment.

  I understand from your courtroom deputy that the Court has a bench trial beginning February 25, 2026 which restricts its schedule next week. I have conferred with counsel for the Government, Mr. Oestericher, and counsel for both parties are available on Thursday, February 26 after 5:00 pm, or anytime on Friday, February 27, including after 4:30 pm.

  I apologize for any inconvenience and thank the Court for its consideration.

          Respectfully submitted,

          /s/ Douglas R. Jensen
          Douglas R. Jensen

cc (by ECF): AUSA Jeffrey Oestericher

*Granted. New date 3/4/26 at 2:15 pm.*

SO ORDERED

LEWIS A. KAPLAN
2/20/2026

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel 212.202.2600 | fax 212.202.4156