# SHER TREMONTE LLP

February 25, 2026

**BY ECF**

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> **Re:**   *United States v. The City of New York*,
> 25 Misc. 559 (LAK)

Dear Judge Kaplan:

I represent The City of New York, the Respondent in the above-referenced matter. I apologize for a second request to reschedule, but unfortunately, I have previously scheduled travel plans on the March 4 date that the Court selected in response to my previous request, ECF No. 38.

I have conferred with counsel for the Government, Mr. Oestericher, and counsel for both parties are available on the following dates: March 5 (2:15 or later), March 18, 19 20, 23 and March 25 (2:15 or later).

I apologize again for any inconvenience and thank the Court for its consideration.

Respectfully submitted,

*/s/ Douglas R. Jensen*
Douglas R. Jensen

cc (by ECF):   AUSA Jeffrey Oestericher