March 25, 2026

**BY ECF**

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. The City of New York***,
25 Misc. 559 (LAK)

Dear Judge Kaplan:

In response to the Court's request at the hearing conducted on March 18, 2026, this letter is to inform the Court that the parties have not been able to reach a settlement. For reasons the City is prepared to discuss in court, if requested, the City cannot agree to the government's proposal for a special master.

At our March 18 appearance, the Court inquired about the nature of the Bruckner shelter and its population. We have discussed this with our client, which confirms that, as of the beginning of this week, the shelter housed 1642 individuals. Records reflecting how many of those individuals have applied for asylum are collected on a voluntary basis (the resident is not required to answer), but as of the beginning of this week, the records indicate that more than 90 percent of the residents reported that they had applied for asylum or temporary protected status. The City is prepared to submit a declaration setting forth these facts, if the Court wishes.

Respectfully submitted,

*<u>/s/ Courtney Gans</u>*
Courtney Gans
Douglas R. Jensen
Alison Moe
Benjamin J. Shack Sackler

cc (by ECF): AUSA Jeffrey Oestericher