Case 1:25-mc-00559-LAK Document 46 Filed 10/02/26 Page 1 of 1

SHER TREMONTE LLP

October 2, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/5/2026

**FILED VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** ***United States of America v. The City of New York***
**25 Misc. 559 (LAK)**

Dear Judge Kaplan:

Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the undersigned attorney, Courtney Gans, respectfully requests to withdraw as counsel of record for Respondent the City of New York. After October 2, 2026, I will no longer be an associate at Sher Tremonte LLP. The withdrawal will not affect Respondent's representation in this matter as attorneys Doug Jensen, Alison Moe and Benjamin Shack Sackler of Sher Tremonte LLP will continue to represent Respondent in this matter. I am not asserting a retaining or charging lien.

I thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Courtney Gans*

Courtney Gans
*Counsel for Respondent*

cc: All counsel of record (via ECF)

Granted
[signature]
10/5/26